

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

   vs.

**HENRY NIGHTENGALE,**

        **Defendants.**

_____/

Case:2:17-cr-20043
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 01-19-2017 At 12:54 PM
INDI USA V HENRY NIGHTENGALE (LG)

**VIOLATIONS:**
**8 U.S.C. § 1324(a)(1)(A)(iv)**
**8 U.S.C. § 1324(a)(1)(A)(v)(I)**
**8 U.S.C. § 1324(a)(1)(A)(v)(II)**
**18 U.S.C. § 1546(a)**
**18 U.S.C. § 2**

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Bringing In and Harboring Certain Aliens-Conspiracy, 8 U.S.C. §§ 1324(a)(1)(A)(iv) & (v)(I))

**HENRY NIGHTENGALE**

From a time unknown until on or about February 21, 2012, in the Eastern District of Michigan and elsewhere, the defendant, HENRY NIGHTENGALE, did conspire with IRAM JAFRI, KHODOR KEN ABOUTAAM, and other persons known and unknown to the Grand Jury, to encourage and induce aliens, namely,

1

Jacobo Fehr Neufeld and Cornelius Bergen, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(I).

## COUNT TWO
### (Bringing In and Harboring Certain Aliens-Aiding and Abetting, 8 U.S.C. §§ 1324(a)(1)(A)(iv) & (v)(II))

**HENRY NIGHTENGALE**

From a time unknown until on or about February 21, 2012, in the Eastern District of Michigan and elsewhere, the defendant, HENRY NIGHTENGALE, did aid and abet, encourage and induce aliens, namely, Jacobo Fehr Neufeld and Cornelius Bergen, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law, for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

2

## COUNT THREE
### (Visa Fraud-Aiding and Abetting, 18 U.S.C. §§ 1546(a) & 2)

**HENRY NIGHTENGALE**

From an unknown time until or about February 6, 2012, within the Eastern District of Michigan, and elsewhere, defendant, HENRY NIGHTENGALE, did knowingly aid and abet, and cause another, to wit: Jacobo Fehr Neufeld, to possess, obtain, accept, and receive a nonimmigrant alien registration form, namely an I-94 based on an H-2A classification, for entry into and as evidence of authorized stay and employment in the United States, knowing that such form had been procured by means of false claims and statements, and to have been otherwise procured by fraud and unlawfully obtained, in that the I-129 Petitions submitted to United States Citizenship and Immigration Services to obtain the I-94s falsely represented that, if the H-2A were approved, the aliens referred to by initial below would enter the U.S. from Canada or Mexico for the purpose of beginning new employment with a U.S. employer as a temporary, seasonal agricultural worker when, in fact, the alien was already present in the United States working for the U.S. employer on a permanent basis. All in violation of violation of Title 18, Sections 1546(a) and 2.

3

## COUNT FOUR
### (Visa Fraud-Aiding and Abetting, 18 U.S.C. §§ 1546(a) & 2)

**HENRY NIGHTENGALE**

From an unknown time until or about February 21, 2012, within the Eastern District of Michigan, and elsewhere, defendant, HENRY NIGHTENGALE, did knowingly aid and abet, and cause another, to wit: Cornelius Bergen, to possess, obtain, accept, and receive a nonimmigrant alien registration form, namely an I-94 based on an H-2A classification, for entry into and as evidence of authorized stay and employment in the United States, knowing that such form had been procured by means of false claims and statements, and to have been otherwise procured by fraud and unlawfully obtained, in that the I-129 Petitions submitted to United States Citizenship and Immigration Services to obtain the I-94s falsely represented that, if the H-2A were approved, the aliens referred to by initial below would enter the U.S. from Canada or Mexico for the purpose of beginning new employment with a U.S. employer as a temporary, seasonal agricultural worker when, in fact, the alien was already present in the United States

4

working for the U.S. employer on a permanent basis. All in violation of violation of

Title 18, Sections 1546(a) and 2.


THIS IS A TRUE BILL.

s/*GRAND JURY FOREPERSON*
GRAND JURY FOREPERON

BARBARA L. McQUADE
UNITED STATES ATTORNEY


s/*GARY M. FELDER*
GARY M. FELDER
Deputy Chief, National Security Unit
Assistant United States Attorney


s/*BRANDON BOLLING*
BRANDON BOLLING
Assistant United States Attorney


Dated:  January 19, 2017

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case:2:17-cr-20043<br>Judge: Edmunds, Nancy G.<br>MJ: Whalen, R. Steven<br>Filed: 01-19-2017 At 12:54 PM |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet   INDI USA V HENRY NIGHTENGALE (LG)

| **Companion Case Information** | Companion Case Number: _16 - cr -20647_ |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: _Michelson_ |
| ☒ Yes     ☒ No | AUSA's Initials: _BMB_ |

Case Title: USA v. _Henry Nightengale_

County where offense occurred : _WAYNE_

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

    ✓ Indictment/_____ Information --- **no** prior complaint.
    _____ Indictment/_____ Information --- based upon prior complaint [Case number:                   ]
    _____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

_1/19/17_
Date

Brandon M. Bolling
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9666
Fax:    (313) 226-4678
E-Mail address: brandon.bolling@usdoj.gov
Attorney Bar #: P60195

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.